UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IRYETTA PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 7:17-CV-93-FL |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 3, 2017, that this case is dismissed without prejudice for lack of prosecution.

**This Judgment Filed and Entered on August 3, 2017, and Copies To:**
Iryetta Parker (via U.S. Mail at PO Box 164, Tabor City, NC 28463)


August 3, 2017                          PETER A. MOORE, JR., CLERK
                                          /s/ Susan W. Tripp
                                          (By) Susan W. Tripp, Deputy Clerk